

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHUNTESSIA DURHAM                    PLAINTIFF

v.                CASE No. 4:06cv-0277 SWW

THE CITY OF ENGLAND and
OFFICER JAMES BRAGGS,
Individually and in his Official
Capacity as Police Officer for the
City of England                                      DEFENDANTS

## ORDER OF DISMISSAL

Come now, Separate Defendants, City of England, Arkansas and Officer James Braggs, by and through their counsel Robert L. Beard, and Plaintiff Shuntessia Durham by and through her counsel Floyd A. Healy, have reached a negotiated settlement in the above styled case. Therefore, all claims that were or could have been stated in the Complaint, or any amended version thereof, are hereby dismissed with prejudice.

IT IS SO ORDERED this 8th day of December 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

_____
Robert L. Beard
Attorney for Defendants

_____
Floyd Healy
Attorney for Plaintiff

1